UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                          CASE NO.: 16-11419-BKC-RAM
                                                                                Chapter 7
**LEONEL MORALES**
SSN: XXX-XX-3394
_____Debtor._____/

## JOEL L. TABAS, TRUSTEE'S MOTION TO ENLARGE TIME TO FILE OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTIONS

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Leonel Morales and (the "Trustee"), through counsel, files this Motion to Enlarge Time to File Objections to Debtor's Claimed Exemptions (the "Motion") pursuant to Fed.R.Bankr.P. 9006(b) and in support thereof, states as follows:

1. This case commenced as a Chapter 7 proceeding on January 29, 2016.

2. The § 341 Meeting of Creditors was scheduled and held on March 9, 2016.

3. The deadline for the Trustee to file objections to the Debtor's claimed exemptions is April 8, 2016.

4. After an initial review of the Debtor's petition, documents and schedules, additional information is needed from the Debtor in order for the Trustee to determine whether there is any basis to object to the Debtor's claimed exemptions.

5. Accordingly, counsel for the Trustee and counsel requests an additional thirty (30) days, up to and including May 6, 2016, for the Trustee to file objections to the Debtor's claimed exemptions.

6. This request is made on behalf of the Trustee, and is not intended as a request for enlargement for any creditor.

7.     Fed.R.Bankr.P. 9006(b) provides that the Court may, for cause shown, enter an Order enlarging time, with or without motion or notice, if the request is made before the expiration of the period originally prescribed or as extended.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Leonel Morales and , respectfully requests this Honorable Court enter an Order: (1) finding that cause exists to enlarge the time for the Trustee to file objections to the Debtor's claimed exemptions; (2) enlarging the time for the Trustee to file objections to the Debtor's claimed exemptions, up to and including, May 6, 2016; and (3) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 8, 2016, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Leonel Morales
4444 NW 179 Terr
Miami, FL 33055-3342

        Respectfully submitted,

        /s/ Jessika A. Graham
        Jessika A. Graham
        Fla. Bar No. 72452
        Joel L. Tabas
        Fla. Bar No. 516902
        Tabas, Freedman & Soloff, P.A.
        Attorneys for Trustee, Joel L. Tabas
        One Flagler Building
        14 Northeast First Avenue - PH
        Miami, Florida  33132
        Telephone:  (305) 375-8171
        Facsimile:  (305) 381-7708
        Jtabas@tabasfreedman.com